

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Bobby Ray Ruiz,

Vs. No. 11-18-00267-CR

The State of Texas,

\* From the 106th District Court
of Gaines County,
Trial Court No. 14-4492.

\* July 30, 2021

\* Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.